# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

---

**No. 201800024**

---

## UNITED STATES OF AMERICA
Appellee

v.

## VINCENT A. SWEITZER
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Michael D. Libretto, USMC.
Convening Authority: Commanding General, Marine Corps Forces Command, Norfolk, VA.
Staff Judge Advocate's Recommendation: Colonel Robert A. Fifer, USMC.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

---

Decided 03 May 2018

---

Before MARKS, JONES, and HINES, *Appellate Military Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court